CLAIRE FRIEDLANDER *v.* HENRY FRIEDLANDER
(10789)

DUPONT, C. J., DALY and FOTI, Js.

Argued December 2—decision released December 22, 1992

*Henry Friedlander,* pro se, the appellant (defendant).
*Saul Kwartin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.